NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DAVID BAIR and AILEEN BAIR,                )
                                            )
            Appellants,                     )
                                            )
v.                                          )          Case No. 2D18-758
                                            )
CITY OF CLEARWATER, FLORIDA,                )
                                            )
            Appellee.                       )
                                            )
_____)

Opinion filed May 17, 2019.

Appeal from the Circuit Court for Pinellas
County; Jack Day, Judge.

Jeffrey W. Gibson of Macfarlane Ferguson
& McMullen, Tampa; and Joshua Magidson,
of Macfarlane Ferguson & McMullen,
Clearwater, for Appellants.

Paul Richard Hull, Assistant City Attorney,
Clearwater, for Appellee.


PER CURIAM.


            Affirmed.


MORRIS, SALARIO, and ATKINSON, JJ., Concur.